UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VALDEZ BERNAL,<br><br>    Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Criminal Case No. 08cv780 JAH<br><br>**ORDER REQUIRING RESPONSE TO GOVERNMENT'S EX PARTE REQUEST TO HOLD CASE IN ABEYANCE AND ORDER STATUS REPORT** [Doc. No. 8] |

On August 13, 2008, Respondent filed an ex parte request to hold this case in abeyance and order a status report. Doc. No. 8. The Court has reviewed Respondent's request and deems it appropriate to require Petitioner to file a response to the request.

Accordingly, **IT IS HEREBY ORDERED**:

1. Petitioner shall file and serve a responsive pleading **no later than August 29, 2008**.

2. If Respondent wishes to reply to Petitioner's pleading, a reply must be filed **no later than September 12, 2008**. Upon the filing of the foregoing, the parties shall await further order of this Court.

DATED: August 13, 2008

JOHN A. HOUSTON
United States District Judge