UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VALDEZ BERNAL, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | Criminal Case No. 08cv780 JAH <br><br> **ORDER GRANTING GOVERNMENT'S REQUEST TO HOLD CASE IN ABEYANCE** <br> [Doc. No. 8] |

On August 13, 2008, Respondent filed an *ex parte* request to hold this case in abeyance and order a status report. Doc. No. 8. The Court ordered Petitioner to file a response to the Government's request. Doc. No. 9. On August 21, 2008, Petitioner filed a response, indicating that he does not oppose the sixty-day abeyance requested by Respondent. Doc. No. 11. Nor does Petitioner oppose the ordering of a status report at the conclusion of the sixty days.

Accordingly, because both parties are in agreement, Respondent's request to hold this case in abeyance is **GRANTED** and the instant case is **STAYED** for sixty (60) days from the date this Order is filed. Should no decision be reached within the sixty day period, Respondent shall file a status report with this Court **no later than ten (10) days after the expiration of the sixty-day period** advising the Court of the status of the proceedings.

//

//

//

In his responsive pleading, Petitioner also requested an opportunity to file a traverse in this action, having failed to do so by the due date ordered by this Court. Good cause having been shown for his failure to comply with the Court's order, this Court hereby **GRANTS** Petitioner's request to file a late traverse should the action remain unresolved at the expiration of the sixty-day period.

**IT IS SO ORDERED.**

DATED: August 26, 2008

JOHN A. HOUSTON
United States District Judge